IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **GREGG TAYLOR,**<br><br>          Plaintiff,<br>vs.<br><br>**ARKO VEAL, INC., and**<br>**ARKADY MIRETSKY,**<br><br>          Defendants. | CIVIL ACTION FILE NO.<br>1:17-CV-02541-TWT |

## ORDER

Now before the Court is the Parties' Joint Motion to Approve Settlement. The Court concludes that the proposed settlement is a fair and reasonable compromise of disputed issues. Accordingly, the Parties' Joint Motion to Approve Settlement is hereby GRANTED. The Parties' Mutual Release and Settlement Agreement is hereby APPROVED, and Plaintiff's claims are hereby DISMISSED WITH PREJUDICE. The clerk is hereby DIRECTED to close this case.

IT IS SO ORDERED, this  23rd  day of  Marach , 2018.

**/s/Thomas W. Thrash**
Thomas W. Thrash, Jr.
United States District Judge